119 P.3d 622

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| State v. Gaston | 26849 | 08/29/2005 | Denied | 108 Hawai'i 308, 119 P.3d 616 |
| State v. Van Alderwerelt | 26161 | 08/29/2005 | Denied | 108 Hawai'i 401, 120 P.3d 1136 |